THE PEOPLE OF THE STATE OF NEW YORK ex rel. DUNN-PEN COMPANY, INC., and Others, Appellants, v. ROBERT WILCOX, Individually and as Former Director and Treasurer of DUNN-PEN COMPANY, INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GLEN R. PATTON, Appellant, v. ARNOLD, HOFFMAN & COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

AUGUST W. RABE, Appellant, v. JOHN T. McGEE, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

CELESTIA WRIGHT, as Administratrix, etc., Respondent, v. UNION TRANSPORT COMPANY, INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES TIGHE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ALEXANDER OLIVER RIDDELL and Others, Copartners, etc., Respondents, v. GROSVENOR NICHOLAS & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

A. H. THIELE & COMPANY, INC., Respondent, v. THE WEST LAFAYETTE MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.

SIDNEY B. BOWMAN AUTOMOBILE COMPANY, Appellant, v. WALTER J. SALMON, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Bowman Automobile Co.* v. *Salmon* (201 App. Div. 360). Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.; Clarke, P. J., dissenting.

SIDNEY B. BOWMAN AUTOMOBILE COMPANY, Appellant, v. LONGACRE BUILDING AND SUPPLY COMPANY, INC., Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Bowman Automobile Co.* v. *Salmon* (201 App. Div. 360). Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.; Clarke, P. J., dissenting.

SIDNEY B. BOWMAN AUTOMOBILE COMPANY, Appellant, v. FERDINAND S. SALMON, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Bowman Automobile Co.* v. *Salmon* (201 App. Div. 360). Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.; Clarke, P. J., dissenting.

HARRY V. BUTLER, Appellant, v. BERTHA M. BUTLER, Respondent.—Appeal dismissed, without costs, with leave to apply at Special Term for appropriate relief. (*O'Connell* v. *O'Connell*, 199 App. Div. 958.) Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

ALFREDO PERALTA, Respondent, v. FRANCISCO ESCOBAR, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.; Finch, J., dissenting.